UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID TURNER; and NATALIE PAGE CALLAWAY fka NATALIE PAGE DAVIS,<br><br>        Defendants. | C17-664 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Default against defendant David Turner having been entered by Order dated June 13, 2017, docket no. 7, and default against defendant Natalie Page Callaway fka Natalie Page Davis having been entered by Order dated June 23, 2017, docket no. 10, and almost three months having elapsed since then without further activity in this case, plaintiff is DIRECTED to file, within twenty-eight (28) days of the date of this Minute Order, either (i) a motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of September , 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1